PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:    510/832-5001
Facsimile:     510/832-4787

Attorneys for Plaintiffs
WALTER DELSON and NICOLE BROWN-BOOKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DELSON and NICOLE BROWN-BOOKER<br><br>    Plaintiffs,<br><br>v.<br><br>HARBIN HOT SPRINGS; HEART CONSCIOUSNESS CHURCH, INC.; ROBERT HARTLEY;  MARTINA WOLF; LINDA MILLER and DOES 1-20, Inclusive,<br><br>    Defendants. | CASE NO.  C13-4900 RS<br><br>Civil Rights<br><br><br>**STIPULATION TO ALLOW SUBPOENA TO OBTAIN BUILDING RECORDS AND [PROPOSED] ORDER** |

**WHEREAS**,

1. Plaintiffs filed their Complaint in this matter on October 22, 2013;

2. Defendants filed their Amended Answer in this matter on February 12, 2014;

3. General Order 56 governs this case and stays all discovery;

4. The Parties agree that subpoenaing building records from the Lake County building department will assist in facilitating settlement discussions within General Order 56;

//

//

**THE PARTIES STIPULATE AND REQUEST AS FOLLOWS:**

That the Court permit plaintiff to serve a subpoena on the Lake County building department to obtain building records regarding the subject property. All other discovery should be stayed, and all deadlines remain pursuant to General Order 56.

Dated:  March 25, 2014                    LAW OFFICES OF PAUL L. REIN

  /s/Celia McGuinness
By CELIA McGUINNESS
Attorneys for Plaintiffs
WALTER DELSON and
NICOLE BROWN-BOOKER

Dated:  March __, 2014                    KATZOFF & RIGGS, LLP

  /s/Stephen Preonas
By STEPHEN G. PREONAS
Attorneys for Defendants
HARBIN HOT SPRINGS; HEART
CONSCIOUSNESS CHURCH, INC.; ROBERT
HARTLEY; MARTINA WOLF and LINDA MILLER

**ORDER**

GOOD CAUSE BEING SHOWN, plaintiff may serve a subpoena on the Lake County building department to obtain building records regarding the subject property. All other discovery is stayed, and all deadlines remain pursuant to General Order 56.

Dated:  3/26/14                    _____
U.S. DISTRICT JUDGE RICHARD SEEBORG