PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:   510/832-4787

Attorneys for Plaintiffs
WALTER DELSON and NICOLE BROWN-BOOKER

ROBERT R. RIGGS (Bar # 107684)
STEPHEN G. PREONAS (Bar # 245334)
KATZOFF & RIGGS LLP
1500 Park Ave., Suite 300
Emeryville, CA  94608
Tel. No. (510) 597-1990
Fax. No. (510) 597-0295

Attorneys for Defendants
HARBIN HOT SPRINGS, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER DELSON and NICOLE BROWN-BOOKER, | ) ) ) | Case No. C-13-04900 - RS |
|---|---|---|
| Plaintiff, | ) ) ) ) | **STIPULATION TO EXTEND TIME TO FILE REQUEST FOR MEDIATION AND ORDER THEREON** |
| vs. | ) ) | |
| HARBIN HOT SPRINGS, et al. | ) ) ) | Complaint Filed: October 22, 2013<br>Trial Date:         TBD |
| Defendants.<br>_____ | ) ) ) ) | |

**WHEREAS,**

1. The present case involves a property consisting of approximately 5000 acres, that includes over ten buildings,(e.g., hotel rooms, conference rooms, restaurants, and spa facilities), seven swimming pools and miles of roads and trails ("the Property");

2. Plaintiffs filed their Complaint in this matter on October 22, 2013;

3. Defendants filed their Amended Answer on February 12, 2014;

4. The Property is larger in size than properties typically involved in litigation that is subject to General Order No. 56;

5. The parties conducted a joint site inspection under General Order 56 over several days in February 2014;

6. In August 2014, the parties stipulated to delay the General Order 56 mediation deadlines to allow for production and analysis of plaintiff's expert consultant report on the site inspection, an Order that the Court signed on August 8, 2014, granting an extension of time to file a Notice of Need for Mediation until November 6, 2014;

7. Plaintiffs' expert consultant produced a written report of 524 pages that plaintiffs provided to defendants under the mediation privilege on August 8, 2014;

8. Defendants have been working with their own consultants to evaluate the report but have asked plaintiffs for more time to complete their analysis and respond to plaintiffs' demand on injunctive relief; and

9. The parties jointly request the Court extend the deadline for filing a Notice of Need for Mediation for an additional six weeks, until December 18, 2014. Good causes exists to extend time to allow the parties to informally negotiate and resolve issues

**STIPULATION TO EXTEND TIME TO FILE REQUEST FOR MEDIATION AND ORDER THEREON**

*KATZOFF & RIGGS LLP*
*1500 PARK AVE., SUITE 300*
*EMERYVILLE, CA 94608*
*(510) 597-1990*

informally (including legal and factual issues on which the parties may need to meet and confer) before involving the ADR unit as required by General Order 56.

**WHEREFORE THE PARTIES STIPULATE AND REQUEST AS FOLLOWS:**

That the Court set a deadline under General Order 56 that the plaintiff give a Notice of Need for Mediation on or before December 18, 2014.

### CONCURRENCE

In accordance with N.D. Cal. General Order No. 45, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Dated: October 15, 2014                    KATZOFF & RIGGS LLP

/s/ Stephen Preonas
KENNETH S. KATZOFF
STEPHEN G. PREONAS
Attorneys for Defendants
HARBIN HOT SPRINGS; et al.

Dated: October 15, 2014                    LAW OFFICES OF PAUL L. REIN

/s/ Celia McGuinness

CELIA MCGUINNESS
Attorneys for Plaintiffs WALTER DELSON, NICOLE BROWN-BOOKER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 10/16/14

_____
HON. RICHARD SEEBORG