PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:   510/832-4787

Attorneys for Plaintiffs
WALTER DELSON and NICOLE BROWN-BOOKER

ROBERT R. RIGGS (Bar # 107684)
STEPHEN G. PREONAS (Bar # 245334)
KATZOFF & RIGGS LLP
1500 Park Ave., Suite 300
Emeryville, CA  94608
Tel. No. (510) 597-1990
Fax. No. (510) 597-0295

Attorneys for Defendants
HARBIN HOT SPRINGS, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DELSON and NICOLE BROWN-BOOKER,<br><br>Plaintiff,<br><br>vs.<br><br>HARBIN HOT SPRINGS, et al.<br><br>Defendants.<br>_____ | Case No. C-13-04900 - RS<br><br>**STIPULATION TO EXTEND TIME FOR MEDIATION HEARING AND ORDER THEREON**<br><br>Complaint Filed: October 22, 2013<br>Trial Date:          TBD |

**WHEREAS,**

1. The present case involves a property consisting of approximately 5000 acres, that includes over ten buildings,(e.g., hotel rooms, conference rooms, restaurants, and spa facilities), seven swimming pools and miles of roads and trails ("the Property");

2. Plaintiffs filed their Complaint in this matter on October 22, 2013;

3. Defendants filed their Amended Answer on February 12, 2014;

4. The Property is larger in size than properties typically involved in litigation that is subject to General Order No. 56;

5. The parties conducted a joint site inspection under General Order 56 over several days in February 2014;

6. In August 2014, the parties stipulated to delay the General Order 56 mediation deadlines to allow for production and analysis of plaintiff's expert consultant report on the site inspection, an Order that the Court signed on August 8, 2014, granting an extension of time to file a Notice of Need for Mediation until November 6, 2014;

7. On October 16, 2014 the parties jointly requested the Court extend the deadline for filing a Notice of Need for Mediation for an additional six weeks, until December 18, 2014, an Order that the Court signed on October 16, 2014, granting an extension of time to file a Notice of Need for Mediation until December 18, 2014;

8. On December 3, 2014 Plaintiffs filed their Notice of Need for Mediation;

9. On December 31, 2014 Defendants served an Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68;

9. On January 14, 2015 the parties participated in a conference call supervised

by the Court appointed mediator, Daniel Bowling, and agreed that: (a) beginning on or about February 13, 2015 the parties and their respective experts would engage in substantive discussions to attempt to refine and limit disputes regarding the alleged barriers at issue in advance of a mediation hearing; and (b) given this agreement and the professional schedules of the parties, their counsel, the respective experts and the mediator, that that most practical date that the parties should attend a mediation hearing was April 10, 2015;

10. Subsequent to the January 14, 2015 Mr. Bowling reported the scheduling of the April 10, 2015 mediation to the Court which was entered into the Court's records on January 29, 2015; and

11. After consulting with the mediator, good cause exists for the Court to extend time for the mediation hearing beyond the 90 days from the filing of the Notice of Need for Mediation required by General Order 56, to allow the parties to continue to informally negotiate and resolve issues and define disputed issues in advance of the mediation hearing.

**WHEREFORE THE PARTIES STIPULATE AND REQUEST AS FOLLOWS:**

That the Court set a deadline under General Order 56 that the parties participate in the mediation hearing with Mr. Bowling on or before April 10, 2015.

**CONCURRENCE**

In accordance with N.D. Cal. General Order No. 45, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Dated: February 10, 2015                           KATZOFF & RIGGS LLP


                                                   /s/ Stephen Preonas
                                                   KENNETH S. KATZOFF
                                                   STEPHEN G. PREONAS
                                                   Attorneys for Defendants
                                                   HARBIN HOT SPRINGS; et al.

Dated: February 10, 2015                           LAW OFFICES OF PAUL L. REIN


                                                   /s/ Celia McGuinness

                                                   CELIA MCGUINNESS
                                                   Attorneys for Plaintiffs WALTER
                                                   DELSON, NICOLE BROWN-BOOKER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: 2/12/2015                                    _____
                                                   HON. RICHARD SEEBORG

**STIPULATION TO EXTEND TIME FOR MEDIATION HEARING AND ORDER THEREON**