PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS (SBN 159420)
CATHERINE CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:    510/832-5001
Facsimile:     510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiffs
WALTER DELSON and NICOLE BROWN-BOOKER

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DELSON and NICOLE BROWN-BOOKER,<br><br>    Plaintiffs,<br><br>v.<br><br>HARBIN HOT SPRINGS; HEART CONSCIOUSNESS CHURCH, INC.; ROBERT HARTLEY;  MARTINA WOLF; LINDA MILLER; and DOES 1-20, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. 3:13-cv-4900 HSG<br>Civil Rights<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56, PURSUANT TO LOCAL RULE 7-11 |

Plaintiffs' motion for administrative relief from General Order 56 is hereby GRANTED for good cause shown. A case management conference is set for November 10, 2015 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: October 29, 2015         _____
                                Honorable HAYWOOD S. GILLIAM, JR.
                                United States District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56
CASE NO. 3:13-cv-04900 HSG                -1-        S:\CASES\HARBIN HOT SPRINGS\PLEADINGS\Relief from GO56\Proposed Order.wpd