PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:   510/832-5001
Facsimile:    510/832-4787

Attorneys for Plaintiffs
WALTER DELSON and NICOLE BROWN-BOOKER

ROBERT R. RIGGS (Bar # 107684)
STEPHEN G. PREONAS (Bar # 245334)
KATZOFF & RIGGS LLP
1500 Park Ave., Suite 300
Emeryville, CA 94608
Tel. No. (510) 597-1990
Fax. No. (510) 597-0295

Attorneys for Defendants
HEART CONSCIOUSNESS CHURCH,
INC. dba HARBIN HOT SPRINGS,
ROBERT HARTLEY, MARTINA
WOLF and LINDA MILLER, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DELSON and NICOLE BROWN-BOOKER<br>        Plaintiffs,<br><br>v.<br><br>HARBIN HOT SPRINGS; HEART CONSCIOUSNESS CHURCH, INC.; ROBERT HARTLEY; MARTINA WOLF; LINDA MILLER and DOES 1-20, Inclusive,<br><br>    Defendants. | CASE NO. 3:13-cv-4900 HSG<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

Plaintiffs WALTER DELSON and NIKKI BROWN-BOOKER and defendant HARBIN HOT SPRINGS; HEART CONSCIOUSNESS CHURCH, INC.; ROBERT HARTLEY; MARTINA WOLF; and LINDA MILLER hereby jointly stipulate and request through their attorneys of record that the Court grant a continuance of the Case Management Conference from November 10, 2015, to December 15, 2015, or a date thereafter agreeable to the court based on the following good cause:

1. Plaintiffs' counsel has a scheduling conflict on November 10, 2015.
2. Due to a very heavy litigation schedule plaintiff's counsel has no Tuesday afternoons available until December 15, 2015.
3. Both parties are available on December 15, 2015.

**THEREFORE,** the parties jointly stipulate and request:

1. The Case Management Conference be continued from November 10, 2015 to December 15, 2015.

The Joint Case Management Statement will be due one week prior to the conference.

Dated:  November 3, 2015          LAW OFFICES OF PAUL L. REIN

                                                  /s/ Celia McGuinnes
By CELIA McGUINNESS
Attorneys for Plaintiffs
WALTER DELSON and
NICOLE BROWN-BOOKER

Dated:  November 3, 2015          KATZOFF & RIGGS, LLP

                                                  /s/ Robert Riggs
By ROBERT RIGGS
Attorneys for Defendants
HARBIN HOT SPRINGS; HEART
CONSCIOUSNESS CHURCH, INC.; ROBERT
HARTLEY; MARTINA WOLF and LINDA MILLER

**ORDER**

GOOD CAUSE BEING SHOWN, it is so ORDERED. The Case Management Conference in the above captioned case is hereby continued from November 10, 2015, to December 15, 2015. A Joint Case Management Conference Statement shall be due one week prior to the conference on December 8, 2015.

Dated: November 4, 2015

_____
U.S. DISTRICT JUDGE HAYWOOD S. GILLIAM, JR.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on November 3, 2015, I, Celia McGuinness, attorney with The Law Office of Paul L. Rein, received the concurrence of Robert Riggs in the filing of this document.

/s/ Celia McGuinness
Celia McGuinness