PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:    510/832-5001
Facsimile:     510/832-4787

Attorneys for Plaintiffs
WALTER DELSON and NICOLE BROWN-BOOKER

ROBERT R. RIGGS (Bar # 107684)
STEPHEN G. PREONAS (Bar # 245334)
KATZOFF & RIGGS LLP
1500 Park Ave., Suite 300
Emeryville, CA 94608
Tel. No. (510) 597-1990
Fax. No. (510) 597-0295

Attorneys for Defendants
HEART CONSCIOUSNESS CHURCH,
INC. dba HARBIN HOT SPRINGS,
ROBERT HARTLEY, MARTINA
WOLF and LINDA MILLER, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DELSON and NICOLE BROWN-BOOKER<br>　　　Plaintiffs,<br><br>v.<br><br>HARBIN HOT SPRINGS; HEART CONSCIOUSNESS CHURCH, INC.; ROBERT HARTLEY;  MARTINA WOLF; LINDA MILLER and DOES 1-20, Inclusive,<br><br>　　　Defendants. | CASE NO.  3:13-cv-4900 HSG<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER TO CONTINUE THE BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO DISMISS** |

　　　Plaintiffs WALTER DELSON and NICOLE BROWN-BOOKER and defendant HEART CONSCIOUSNESS CHURCH, INC. dba HARBIN HOT SPRINGS; ROBERT HARTLEY; MARTINA WOLF; and LINDA MILLER hereby stipulate to the following, and request the Court change the hearing date and briefing schedule as specified below:

　　　1. Pursuant to the Court's December 17, 2015, order, Defendant filed a motion to dismiss

1  ("Defendants' Motion") on Monday, December 21, 2015.

2  2. Also per the Court's order, the parties have met and conferred regarding the briefing and

3  hearing schedule for the motion to dismiss.  The parties agree that the briefing and hearing

4  schedule as set forth herein is feasible.  Counsel shall adhere to these dates and deadlines.

5  3. The parties stipulate and hereby request that the briefing and hearing schedule for

6  Defendant's motion to dismiss be as follows:

7     a. Plaintiffs will notify Defendants in writing, on or before January 11, 2016, of any

8        information or discovery which Plaintiffs request as reasonably related to their

9        response to Defendants' Motion.  Notice will be given by email and U.S. mail.

10    b. Defendants will notify Plaintiffs in writing, on or before January 21, 2016, of

11       their response to any timely request received under 3.a. above.  Notice will be

12       given by email and U.S. mail.

13    c. Plaintiffs' opposition will be due on February 4, 2016.

14    d. Defendants' reply will be due on February 18, 2016.

15    e. The hearing will be held at 2:00 pm. on March 3, 2016 in Courtroom 15 on the

16       18th Floor, 450 Golden Gate Ave.

17 IT IS SO STIPULATED.

18 Dated: December 31, 2015          LAW OFFICES OF PAUL L. REIN

19                                     /s
                                      By CELIA McGUINNESS
20                                    Attorneys for Plaintiffs
                                      WALTER DELSON and
21                                    NICOLE BROWN-BOOKER

22 Dated: December 31, 2015          KATZOFF & RIGGS, LLP

23                                     /s
                                      By ROBERT RIGGS
24                                    Attorneys for Defendants
                                      HEART CONSCIOUSNESS CHURCH, INC. dba
25                                    HARBIN HOT SPRINGS; ROBERT
                                      HARTLEY; MARTINA WOLF and LINDA MILLER
26

27

28

**ORDER**

GOOD CAUSE BEING SHOWN, and the Stipulation of Counsel appearing, it is HEREBY ORDERED as follows:

a. Plaintiffs will notify Defendants in writing, on or before January 11, 2016, of any information or discovery which Plaintiffs request as reasonably related to their response to Defendants' Motion. Notice will be given by email and U.S. mail.

b. Defendants will notify Plaintiffs in writing, on or before January 21, 2016, of their response to any timely request received under 3.a. above. Notice will be given by email and U.S. mail.

c. Plaintiffs' opposition will be due on February 4, 2016.

d. Defendants' reply will be due on February 18, 2016.

e. The hearing will be held at 2:00 pm. on March 3, 2016 in Courtroom 15 on the 18th Floor, 450 Golden Gate Ave.

Dated: January 4, 2016

_____
U.S. DISTRICT JUDGE HAYWOOD S. GILLIAM, JR.

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on December 31, 2015, I Robert R. Riggs with Katzoff & Riggs LLP, received the concurrence of Celia McGuinness, attorney with The Law Office of Paul L. Rein, in the filing of this document.

                                         / s
                                         Robert R. Riggs