1 | PAUL L. REIN, Esq. (SBN 43053)
2 | CELIA MCGUINNESS, Esq. (SBN 159420)
  | CATHERINE M. CABALO (SBN 248198)
  | LAW OFFICES OF PAUL L. REIN
3 | 200 Lakeside Drive, Suite A
  | Oakland, CA  94612
4 | Telephone:    510/832-5001
  | Facsimile:    510/832-4787

5 | Attorneys for Plaintiffs
6 | WALTER DELSON and NICOLE BROWN-BOOKER

7 | ROBERT R. RIGGS (Bar # 107684)
  | STEPHEN G. PREONAS (Bar # 245334)
8 | KATZOFF & RIGGS LLP
  | 1500 Park Ave., Suite 300
9 | Emeryville, CA 94608
  | Tel. No. (510) 597-1990
10| Fax. No. (510) 597-0295

11| Attorneys for Defendants
  | HEART CONSCIOUSNESS CHURCH,
12| INC. dba HARBIN HOT SPRINGS,
  | ROBERT HARTLEY, MARTINA
13| WOLF and LINDA MILLER, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| WALTER DELSON and NICOLE BROWN-BOOKER | CASE NO.  3:13-cv-4900 HSG |
|---|---|
| Plaintiffs, | Civil Rights |
| v. | **STIPULATION AND ORDER TO DISMISS THE ACTION PURSUANT TO SETTLEMENT** |
| HARBIN HOT SPRINGS; HEART CONSCIOUSNESS CHURCH, INC.; ROBERT HARTLEY, CORNELIUS MURPHY, MARTINA WOLF; LINDA MILLER and DOES 1-20, Inclusive, | |
| Defendants. | |

Plaintiffs WALTER DELSON and NICOLE BROWN-BOOKER and defendant HEART CONSCIOUSNESS CHURCH, INC. dba HARBIN HOT SPRINGS; ROBERT HARTLEY; MARTINA WOLF; and LINDA MILLER[1] hereby stipulate pursuant to Federal Rule of Civil

---

[1] Cornelius Murphy, named as a defendant in the Complaint herein, is deceased.  Harbin Hot Springs, named as a defendant in the Complaint herein, is a geographical designation and a fictitious business name of defendant Heart Consciousness Church, Inc.

1  Procedure 41(a)(1) to dismiss this Action with prejudice in its entirety pursuant to settlement.  All
2  parties shall bear their own costs and attorneys' fees.
3
4  IT IS SO STIPULATED.
5  Dated:  Jan. 26, 2016                               LAW OFFICES OF PAUL L. REIN
6                                                                          /s/
                                                                   By CELIA McGUINNESS
7                                                                  Attorneys for Plaintiffs
                                                                   WALTER DELSON and
8                                                                  NICOLE BROWN-BOOKER
9  Dated:  Jan. 26, 2016                               KATZOFF & RIGGS, LLP
10                                                                         /s/
                                                                   By ROBERT RIGGS
11                                                                 Attorneys for Defendants
                                                                   HEART CONSCIOUSNESS CHURCH, INC. dba
12                                                                 HARBIN HOT SPRINGS; ROBERT
                                                                   HARTLEY; MARTINA WOLF and LINDA MILLER
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

GOOD CAUSE BEING SHOWN, and the Stipulation of Counsel appearing, it is HEREBY ORDERED that this Action is dismissed in its entirety with prejudice pursuant to settlement. All parties shall bear their own costs and attorneys' fees.

Dated: January 27, 2016

*[signature: Haywood S. Gilliam Jr.]*
U.S. DISTRICT JUDGE
HAYWOOD S. GILLIAM, JR.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on January 20, 2016, I Robert R. Riggs with Katzoff & Riggs LLP, received the concurrence of Celia McGuinness, attorney with The Law Office of Paul L. Rein, in the filing of this document.

_____/s_____
Robert R. Riggs